**Vincent Michael MARINO, Petitioner-Appellant,**

v.

**Bart MASTERS, Warden, FCI McDowell, Respondent-Appellee,**

**and**

**Bureau of Prisons; Department of Justice, Respondents.**

No. 17-6420

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: January 8, 2018

Vincent Michael Marino, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Meredith George Thomas, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Before KING, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Michael Marino, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Marino v. Masters*, No. 1:13-cv-32690, 2017 WL 891294 (S.D.W. Va. Mar. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*